DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ. SBN 152254
DANIEL TUREK, ESQ. 318797
**RODRIGUEZ & ASSOCIATES,**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
PHONE (661) 323-1400 FAX (661) 323-0132

Attorneys for Plaintiff
JOHNNY GRIFFIN

---

Stephanie L. Quinn (SBN 216655)
Mariel Covarrubias (SBN 274784)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Phone: (916) 400-2300
Fax: (916) 400-2311
squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRIFFIN<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | **Case No.:** 1:17-cv-00384-LJO-JLT<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF TRIAL AND RELATED DATES; [~~PROPOSED~~] ORDER**<br><br>**(Doc. 53)** |

Plaintiff JOHNNY GRIFFIN and Defendant UNION PACIFIC RAILROAD COMPANY by and through respective counsel, hereby submit the following stipulation to continue trial

---

and related dates. After meeting and conferring, the parties hereby stipulate to the following:

1. Trial date of January 28, 2019 at 8:30 a.m., pursuant to section D of the Pretrial Order (DOC 33), be vacated and continued to February 12, 2019 at 8:30 a.m.;
2. January 11, 2019 date to submit final lists of respective exhibits, pursuant to section M.2. of the Pretrial Order (DOC 33), be vacated and continued to January 25, 2019;
3. January 25, 2019 date to submit all pre-marked trial exhibits to the courtroom deputy, pursuant to section M.3. of the Pretrial Order (DOC 33), be vacated and continued to February 8, 2019;
4. January 11, 2019 date to submit trial briefs, pursuant to section N of the Pretrial Order (DOC 33), be vacated and continued to January 25, 2019;
5. January 11, 2019 date to submit proposed jury *voir dire*, pursuant to section U of the Pretrial Order (DOC 33), be vacated and continued to January 25, 2019;
6. January 11, 2019 date to submit jury instructions and verdict form, pursuant to section V of the Pretrial Order (DOC 33), be vacated and continued to January 25, 2019;
7. Defendant's expert witness, Dr. Sassan Keshavarzi, will be permitted to testify via teleconference, if necessary.

DATED: January 9, 2019  **RODRIGUEZ & ASSOCIATES**

By: /s/ Daniel Turek
 DANIEL RODRIGUEZ
 DANIEL TUREK
 Attorneys for Plaintiff Johnny Griffin

DATED:  January 9, 2019  **MURPHY, CAMPBELL, ALLISTON, & QUINN**

By: /s/ Mariel Covarrubias
 STEPHANIE L. QUINN
 MARIEL COVARRUBIAS
 Attorneys for Defendant Union Pacific Railroad Co.

# [~~PROPOSED~~] ORDER

Based on the Stipulation of the Parties, the Court **ORDERS**:

1. The trial is continued to February 12, 2019 at 8:30 a.m.;
2. The parties **SHALL** file their final exhibit list (Doc. 33 at 10) by January 25, 2019;
3. The parties **SHALL** submit the pre-marked trial exhibit binders to the courtroom deputy by February 8, 2019;
4. The parties ~~**SHALL**~~ may file trial briefs no later than January 25, 2019;
5. The parties **SHALL** file proposed jury *voir dire* no later than January 25, 2019;
6. The parties **SHALL** file their proposed jury instructions and verdict form no later than January 25, 2019;
7. Defendant's expert witness, Dr. Sassan Keshavarzi, will be permitted to testify via teleconference or videoconference, if necessary. However, defense counsel **SHALL** contact Courtroom Deputy Clerk, Susan Hall, at (661)-326-6620 or Shall@caed.uscourts.gov. to arrange a test of the teleconference or videoconference no later than January 18, 2019.

IT IS SO ORDERED.

Dated: __**January 10, 2019**__        __/s/ Jennifer L. Thurston__
                                             UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES
- 4 -