# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRIFFIN, | ) Case No.: 1:17-cv-0384 - JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 81) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

The parties report they had come to terms of settlement. (Doc. 81) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 8, 2019**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **February 11, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE